IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ROBERT LOUIS WINSLOW, JR.,** ) | Civil Action No. 7:12-cv-00407 |
| Petitioner, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | By: Norman K. Moon |
| **DIRECTOR, VDOC,** ) | United States District Judge |
| Respondent. ) | |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** that respondent's motion to dismiss (Docket No. 17) is **GRANTED;** the petitioner's 28 U.S.C. § 2254 petition is **DISMISSED**; and this action is **STRICKEN** from the active docket of the court.

Further, finding that Winslow has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to the parties.

ENTER: This __8th__ day of August, 2013.

_/s/ Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE